LOUIS F. ALBERT, Respondent, *v.* REICH BROS. LONG ISLAND MOTOR FREIGHT, INC., et al., Appellants.

(Submitted April 23, 1936; decided May 19, 1936.)

*William B. Davis* and *James E. Turner* for appellants.
*Chester E. Barrett* and *Arnold O. Charters* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.